**United States District Court**
Eastern District of North Carolina
Western Division

Case No. 5:21-CT-3158 _____

(To be filled out by Clerk's Office only)

FILED

'JUN 0 8 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
DEP CLK

Micheal Anthony Jones

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number_____

**COMPLAINT**

-against-

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

United States, BOP Agency
Regional Director D. J Harmon
Central office Director, Michael Carvajal
Warden B. Sullivan Medical Director Lawerence Sichel

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Case 5:21-ct-03158-M     Document 1     Filed 06/08/21     Page 1 of 11

## I.  COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☑   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑   Action under Federal Tort Claims Act (federal defendants)   *Both*

## II.  PLAINTIFF INFORMATION

Michael Anthony Jones
Name

55277-056
Prisoner ID #

Butner FCI #1
Place of Detention

PO Box 1000
Institutional Address

Butner                              N.C.                              27509
City                                   State                          Zip Code

## III.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☑ Federal
☐   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☑   Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    United States
Name

Coporation
Current Job Title

950 Pennsylavia. Ave
Current Work Address

Washington            DC              20530
City                           State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 2:    BOP   Agency
Name

Agency
Current Job Title

320 First Street / FBOP Agency
Current Work Address

Washington            D.C.            20534
City                           State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Charles E Samuels. Jr
Name

Director BOP Agency
Current Job Title

320 First Street.
Current Work Address

Washington          D. C.          20534
City                    State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: B. Sullivan
Name

Warden
Current Job Title

P. O. Box 1000
Current Work Address

Butner          N. C          27509
City                 State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant #5 Lawerance Sichel (Medical Director)
Name                                    current Job title

P.O Box 1000
Work Address

Butner N.C 27509
City     State    Zip code

Capacity                    ☑ Both

Case 5:21-ct-03158-M     Document 1     Filed 06/08/21     Page 4 of 11

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Butner FCi #1

Date(s) of occurrence: March 9, 2018 up ont. 1 July 24, 2020

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Amendment Cruel and Unsual punishment (FTCA) Breach of Duty of Core, negligence, reckless disregard

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Doctor Sichel of Butner Fci ONE failed to perform vascular test diagnostic tests and delaying examination and treatment recommended by a Board Certified Rheumatologist Ajay Aimani On Dates March 9, 2018 and on July 13, 2018. On August 28, 2018 in Dr. Sichel encounter note he Substituted his Judgement for of a Specialist rheumatologist by Stating Since Mr Jones is getting Spasms all Over his body it does not make Sense to get vascular Studies of lower Extremities as Rheumatologist recommended.

Dr. Sichel interference with Specialist Rheumatologist recommendation, vascular Studies to See do "i have any arterial disease Claudication in my legs, allowed the intermittent claudication in my lower leg extremities to progression and worsen to Circulate through the blood vessels returning blood to the heart, Causing me a Ischemia Coronery artery heart vasospasm injury.

Still As today I haven't been provided vascular test Studies for this ongoing medical Condition in my lower [...] great pain and Suffering, IL i dont get medical attention fast another Heart attack or stroke or possib Death will occu.

**What happened to you?**

Since Dr. Sichel denial of my Dopper vascular Studies caused the lower leg Extremities to progressed and cause heart damage of the artery vessels That cause me intense anxiety pounding of my heart difficulty breathing Sweating Shaking nasea and slighty passing out Which cause me to have to get a cathetization Procedure on my cath left heart to reopen the blocked blood vessels artery in the heart oxygen passaway. If Dr. Sichel would have follow the Rheumotalogist Specialist Dopper test studies would have detected the vasculities defects in the heart blood vessels arteries before the injury of the heart vessels came about.

**When did it happen to you?**

I was sent to Duke Hospital on July 23, 2020 From Butner, FCI #1 by Ambulance

See All exhibits

**Where did it happen to you?**

The symptoms of fainting low blood pressure blood clot and every other Condition as stated above happened at Butner, FCI #1

Case 5:21-ct-03158-M    Document 1    Filed 06/08/21    Page 6 of 11

What was
your
injury?

Acording to Duke Hospital Cardiology Consultation, i had a abnormal Stress test for anterior ischemia Coronary VASOSPASM, Which a Catheterization procedure and Surgery was done on my left heart. By Dr. Sichel intentionally interferring and delaying Untreated diagnosis recommended by the Board Certified Rheumatologist Ajay Ajmani for VAScular Studies to rule out any underlying arterial disense giving me Claudication and Muscle Cramps in the legs, allowed the intermittent claudication of lower leg extremities of blood vessels to recirculate upstream through the arteries returning blood back to the heart, that lead to the development of a Ischemia Coronary heart VASOSPASM Injury.

Dr. Lawerance Sichel between March 9, 2018 up until injury occured on July 24, 2020, did with Deliberate Indifference to Serious Medical needs, Caused or Contributed to unnecessary unreasonable delay of the failure to act on medical recommedations for VAScular Studies, wanton infliction pain and Suffering, of 22 Months to present.

Mid Atlantic Regional Director, D.S. Harmon Central office Director Michael Carvajal, Warden B. Sullivan Medical Director lawerence Sichel between March 9, 2018 up until injury occured on July 24, 2020, did in deliberate Indifference to Serious Medical needs, Under Supervisor liability Caused or Contributed to failing to perform appropriate diagnostic VAScular test studies, delaying Examination and treatment wanton infliction of Pain and Suffering.
( Affidavit, as fully incorporated, See Exhibits A-V)

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
  If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?   ☑ Yes   ☐ No
  If no, explain why not:

_____

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I'm seeking Counsel for this case and monetary gain for Physical Pain, Mental Anguish fright and shock embarrassment and humiliation, and Possible death.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? _____ One _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Micheal Anthony Jones case NO: 1:15-CV-00050 IMK-RwT VS United States 2) BOP Agency 3) Director Charles E Samuels Jr. 4) Regional Director J.F. Caraway /c. Eichenlaub.

5) Warden Terry O Brien  6) Associate Warden W. Odom  7) clinical Director Dr. Gregory S. Mims 2  8) Hospital Administrater Jamie Hamilton.

Nature of claim deliberate Indefference to Serious medical needs caused to unreasonable delayed medical care and wanton infliction of pain and suffering.

Case is currently pending in the Fourth Circuit Court of Appeals

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6/5/2021
Dated

Plaintiff's Signature

Michael Anthony Jones
Printed Name

55277-056
Prison Identification #

P.O Box 1000          Butner          NC          27509
Prison Address                City                    State      Zip Code

## CERTIFICATE OF SERVICE

I hereby certify that on this _5th_, day of _JuNE_, _2021_, I, depose under

penalty of perjury **28 U.S.C. 1746** that a copy was deposited with prison officials at FCI Butner-I, Bunter

NC, 27509 first class postage sent to: _Clerk U.S District Court For the Eastern District of North Carolina 310 New Bern Ave P.o Box 25670 Raliegh Nc 27611_
This _5th_, day of _JuNE_, _2021_